1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division
4  Susan R. Jerich (CASBN 168762)
   Assistant U.S. Attorney
5
      450 Golden Gate Ave (11th Floor)
6     San Francisco, CA 94102
      Telephone: (415) 436-7200
7
   Attorneys for the United States
8

FILED
2008 JAN -3 PM 3:17
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )   CRIMINAL NO. 08 70002 EDL
13          Plaintiff,                )
                                      )   NOTICE OF PROCEEDINGS ON
14       v.                           )   OUT-OF-DISTRICT CRIMINAL
                                      )   CHARGES PURSUANT TO RULES
15  Roger T. Severson                 )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                      )   OF CRIMINAL PROCEDURE
16          Defendant.                )
                                      )
17  _____     )

18       Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
19  Procedure that on January 2 2008 the above-named defendant was arrested based upon an
20  arrest warrant (copy attached) issued upon an
21    ☐ Indictment
22    ☑ Information
23    ☐ Criminal Complaint
24    ☐ Other (describe) _____
25  pending in the __Western__ District of __Washington__, Case Number CR 01-05262
26  ///
27  ///
28  ///

1

1  In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States Code,
2  Section(s) __13__ .
3  Description of Charges: __Driving under the influence of__
4  __Alcohol__

5                                    Respectfully Submitted,

6                                    SCOTT N. SCHOOLS
                                     UNITED STATES ATTORNEY
7
8  Date: __January 3, 2008__         _/s/_
                                     __Susan E. Jerich__
9                                    Assistant U.S. Attorney

2

4 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
Western District of Washington
at Tacoma

UNITED STATES OF AMERICA
v.
ROGER T SEVERSON

**WARRANT FOR ARREST**

CASE NUMBER CR01-5262

TO: The United States Marshal
and Any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROGER T SEVERSON__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment __ Information __ Complaint __ Violation Notice _✓_ Probation Violation Petition __ Order of court

Charging him or her with (brief description of offense)

FOR VIOLATION OF THE FOLLOWING CONDITIONS OF PROBATION:

1) FAILING TO PARTICIPATE IN SUBSTANCE ABUSE TREATMENT
2) USING MARIJUANA AND COCAINE ON OR BEFORE SEPTEMBER 30, 2002
3) USING MARIJUANA ON SEPTEMBER 19, 2002
4) COMMITTING THE CRIMES OF POSSESSION OF A CONTROLLED SUBSTANCE AND POSSESSION OF DRUG PARAPHERNALIA ON OR ABOUT NOVEMBER 24, 2002
5) FAILING TO REPORT TO THE PROBATION OFFICER AS DIRECTED

In violation of Title _____ United States Code, Sections(s) _____

Kelly A Miller, Deputy Clerk
Name and Title of Issuing Officer

_[signature] Kelly A. Miller_
Signature of Issuing Officer

December 14, 2004, at Tacoma, Washington
Date and Location

Bail fixed at $ __to be determined at initial__

by U.S. Magistrate Judge J Kelley Arnold
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received | Name & Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

PROB 12C
(10/93)



# United States District Court

for

Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Roger T. Severson     **Case Number:** CR-01-05262

**Last Known Address:** 3050 Albacore Circle, #K13

    **City:** Silverdale **State:** WA **Zip Code:** 98135

**Name of Judicial Officer:** The Honorable J. Kelley Arnold

**Date of Original Sentence:** 07/22/02     **Date of Report:** December 8, 2004

**Original Offense:** Driving Under the Influence

**Original Sentence:** RCW 10.05 Deferred Prosecution (5 years probation)

**Type of Supervision:** Probation     **Date Supervision Commenced:** 07/22/02

**Assistant U.S. Attorney:** Mark Cameron Holley     **Defense Attorney:** Robert Gombiner

**Special Conditions Imposed:**

- ☒ Substance Abuse    ☐ Financial Disclosure    ☐ Restitution
- ☐ Mental Health    ☐ Fine    ☐ Community Service
- ☒ Other: Conditions of Deferred Prosecution 1-8

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

The warrant for arrest of probationer (or supervised releasee) previously issued in the above captioned matter dated December 2, 2002, is hereby quashed and superseded.

The probation officer believes that Roger T. Severson has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to participate in substance abuse treatment, according to the terms and conditions of the Advantages Treatment Center, in violation of condition number one. |
| 2. | Using marijuana and cocaine on or before September 30, 2002, in violation of condition number two. |
| 3. | Using marijuana on September 19, 2002, in violation of standard condition number two. |
| 4. | Committing the crimes of Possession of a Controlled Substance and Possession of Drug Paraphernalia, on or about November 24, 2002, in violation of condition number three. |
| 5. | Failing to report to the Probation Officer as directed, in violation of condition number five. |

The Honorable J. Kelley Arnold  
Petition for Warrant or Summons  
for Offender Under Supervision

Page 2

We incorporate by reference the information contained in the attached memorandum, dated November 25, 2002

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
- ☒ revoked.
- ☐ extended for ___ years, for a total term of ___ years.

☐ The condition of supervision should be modified as follows:

☒ Detention pending final adjudication due to
- ☒ risk of flight.
- ☒ danger to community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8 day of DECEMBER, 2004.

Matthew D. McDaniel  
U.S. Probation Officer

APPROVED:  
William S. Corn  
Chief U. S. Probation Officer

BY:  
Pam Murray  
Supervising U.S. Probation Officer

---

### THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ No Action Approved  
☒ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)  
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)  
☐ Other

Signature of Judicial Officer

12-14-04  
Date

4 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
Western District of Washington
at Tacoma

UNITED STATES OF AMERICA
v.
ROGER T SEVERSON

**WARRANT FOR ARREST**

CASE NUMBER CR01-5262

TO: The United States Marshal
and Any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROGER T SEVERSON__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment __ Information __ Complaint __ Violation Notice _✓_ Probation Violation Petition __ Order of court

Charging him or her with (brief description of offense)

FOR VIOLATION OF THE FOLLOWING CONDITIONS OF PROBATION:

1) FAILING TO PARTICIPATE IN SUBSTANCE ABUSE TREATMENT
2) USING MARIJUANA AND COCAINE ON OR BEFORE SEPTEMBER 30, 2002
3) USING MARIJUANA ON SEPTEMBER 19, 2002
4) COMMITTING THE CRIMES OF POSSESSION OF A CONTROLLED SUBSTANCE AND POSSESSION OF DRUG PARAPHERNALIA ON OR ABOUT NOVEMBER 24, 2002
5) FAILING TO REPORT TO THE PROBATION OFFICER AS DIRECTED

In violation of Title _____ United States Code, Sections(s)_____

Kelly A Miller, Deputy Clerk
Name and Title of Issuing Officer

_Kelly A. Miller_ (signature)
Signature of Issuing Officer

Bail fixed at $ to be determined at initial

December 14, 2004, at Tacoma, Washington
Date and Location

by U.S. Magistrate Judge J Kelley Arnold
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received | Name & Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |