```
 1 │ BARRY J. PORTMAN
   │ Federal Public Defender
 2 │ JODI LINKER
   │ Assistant Federal Public Defender
 3 │ 19th Floor Federal Building
   │ 450 Golden Gate Avenue
 4 │ San Francisco, CA 94102
   │ Telephone: (415) 436-7700
 5 │
   │ Counsel for Defendant SEVERSON
 6 │
 7 │
 8 │            IN THE UNITED STATES DISTRICT COURT
 9 │            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 │
```

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. CR 08-70002 MAG |
| 12 | Plaintiff, ) | (Western District of Washington Case No. 01-5262) |
| 13 | v. ) | |
| 14 | ROGER T. SEVERSON, ) | [PROPOSED] ORDER TO QUASH WARRANT AND TERMINATE PROBATION |
| 15 | Defendant. ) | |

17  By stipulation of the parties and for good cause shown, the Court ORDERS that the arrest

18 warrant for defendant Roger T. Severson, dated December 14, 2004, in Case Number 01-5262

19 from the Western District of Washington, is hereby quashed. Additionally, by stipulation of the

20 parties and for good cause shown, IT IS HEREBY ORDERED that defendant Severson's term of

21 probation be terminated forthwith.

22  IT IS SO ORDERED.

23 Dated: _____        _____
                                  MARIA-ELENA JAMES
24                                UNITED STATES MAGISTRATE JUDGE

Northern Dist. of CA Case No. CR 08-70002 MAG
Western Dist. of WA Case No. CR 01-5262
*United States v. Roger T. Severson*            1