1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant SEVERSON
6

**FILED**

FEB 2 6 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )   No. CR 08-70002 MAG
                                      )
12              Plaintiff,            )   (Western District of Washington Case No.
                                      )   01-5262)
13  v.                                )
                                      )   [PROPOSED] ORDER TO QUASH
14  ROGER T. SEVERSON,                )   WARRANT AND TERMINATE
                                      )   PROBATION
15              Defendant.            )
    _____ )

16

17      By stipulation of the parties and for good cause shown, the Court ORDERS that the arrest

18  warrant for defendant Roger T. Severson, dated December 14, 2004, in Case Number 01-5262

19  from the Western District of Washington, is hereby quashed. Additionally, by stipulation of the

20  parties and for good cause shown, IT IS HEREBY ORDERED that defendant Severson's term of

21  probation be terminated forthwith.

22      IT IS SO ORDERED.

23  Dated: 2-26-07

                                          _____
24                                        MARIA-ELENA JAMES
                                          UNITED STATES MAGISTRATE JUDGE
25

26

Northern Dist. of CA Case No. CR 08-70002 MAG
Western Dist. of WA Case No. CR 01-5262
*United States v. Roger T. Severson*                        1